```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 0 9 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NIKKI WATSON-TOBAH,                   :
                                      :
                  Plaintiff,          :
           -v-                        :           13 Civ. 7483 (KBF)
                                      :
ROYAL MOVING & STORAGE, INC., et      :           ORDER
al.,                                  :
                                      :
                  Defendants.         :
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

On December 6, 2013, an initial pre-trial conference was scheduled in the above-referenced matter. Counsel for plaintiff failed to appear; the conference is therefore rescheduled to **Friday, January 10, 2014** at **3:30 P.M.**

Additionally, plaintiff is hereby ORDERED to pay the reasonable costs incurred by defendants in conjunction with today's conference, pursuant to Federal Rule of Civil Procedure 16(f)(1). Defendants' counsel shall submit to plaintiff's counsel an itemized explanation of the costs incurred no later than **December 13, 2013**; plaintiff's counsel shall pay such costs if reasonable within 10 days.

SO ORDERED.

Dated:     New York, New York
           December 7, 2013

                                                _____
                                                KATHERINE B. FORREST
                                                United States District Judge