UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NIKKI WATSON-TOBAH,

               Plaintiff,

   -v-                            13 Civ. 7483 (KBF)

ROYAL MOVING & STORAGE, INC., et al.,        ORDER

               Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 1 3 2014

KATHERINE B. FORREST, District Judge:

On January 10, 2014, an initial pretrial conference was held in the above-referenced matter. In addition to setting a schedule, the Court ORDERED the parties to address obtaining full medical releases and the names of plaintiff's health care providers within **one week**. Plaintiff shall produce all records relating to her medical condition that the police department may have; she shall also produce an explanation of her duties and responsibilities to defendants.

Plaintiff's counsel is ORDERED to file a notice of appearance as soon as is practicable. Defendants are ORDERED to file their Notice of Removal in accordance with the practices and procedures of this Court (such that it is made electronically available on ECF).

SO ORDERED.

Dated:     New York, New York
              January 13, 2014

                                                    KATHERINE B. FORREST
                                                    United States District Judge