```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
NIKKI WATSON-TOBAH                                           :
                                                             :
                                                             :
                                              Plaintiff(s),  :
                                                             :
                      -v-                                    :
ROYAL MOVING & STORAGE, INC. and LOUIS DA-SILVA              :
                                                             :
                                                             :
                                            Defendant(s).    :
------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JAN 13 2014
```

 13   Civ.  7483    (KBF)

SCHEDULING ORDER

KATHERINE B. FORREST, District Judge:

The parties propose the following schedule for this matter:

1. All parties [do ☐ / do not ☐] consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.[1]

2. Close of fact discovery: ~~April 6, 2014~~ June 2, 2014. [within 4 months]

3. Close of expert discovery: ~~April 31, 2014~~ July 2, 2014. [25 days after the close of fact discovery]

   The parties contemplate experts in this matter for the following subject(s): ~~liability and~~ damages_____.

4. [For F.L.S.A. actions only] The plaintiff(s) [do ☐ / do not ☐] anticipate making a motion for conditional certification of a collective action under 29 U.S.C. § 216(b). Plaintiff(s) shall include a proposed notice with the opening brief.

   Proposed briefing schedule:
   Opening:       _____ [30 days after initial conference]

---

[1] If all parties so consent, they should execute a consent form (available at http://www.nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge) and submit it to the Court via e-mail, along with this proposed order.

      Opp'n: _____ [21 days after opening brief]
      Reply: _____ [7 days after opposition brief]

5. The parties [do ☐ / do not ☐] anticipate making dispositive motions. The contemplated dispositive motion(s) is/are a motion(s) unknown _____.

     *Must be fully briefed by July 2*

      Proposed briefing schedule:
      Opening: _____ [no later than item 3]
      Opp'n: _____ [21 days after opening brief]
      Reply: _____ [7 days after opposition brief]

**Last dates to file. Motions may be brought at any time.**

6. Trial [will ☑ / will not ☐] be before a jury.

**DO NOT FILL IN BELOW. THE COURT WILL SET ITEMS 7-10.**

7. The next status conference in this matter is set for **4/25/14** at **1pm**.

8. All pretrial materials, including the Joint Pretrial Order ("JPTO") are due: _____.

9. The Final Pretrial Conference ("FPTC") in this matter is set for _____ at _____.

10. Trial in this matter shall commence on **7/21/14**. Trial is anticipated to take **2** (days)/weeks].

**Settlement discussions must occur in parallel to this schedule (schedule will not be adjourned, except in very unusual situations, for settlement discussions).**

SO ORDERED.

Dated: New York, New York
       1/10, 2014

                                              _K. B. Forrest_
                                          KATHERINE B. FORREST
                                          United States District Judge